# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Bobby L. Culpepper
Culpepper & Carroll, PLLC
525 East Court Ave.
Jonesboro LA 71251

**REHEARING ACTION: July 29, 2015**

**Docket Number: 15   00068-CA**

**FAIRFIELD PENTECOSTAL CHURCH
VERSUS
ELWOOD JOHNSON, ET AL.**

**Appealed from Grant Parish Case No. 22990**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux
Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Fairfield Pentecostal Church and Rev. Darrell Franks** has this day been

    **DENIED.**

cc: Edward Larvadain  Jr., Counsel for the Appellee